UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

LACEDRIC REESE,

        Plaintiff,

vs.

WELLS FARGO BANK, N.A.,

        Defendant.

CASE NO. 2:19-cv-14026-RLR

## JOINT MOTION TO ARBITRATE

Plaintiff LaCedric Reese ("Plaintiff"), and Defendant, Wells Fargo Bank, N.A. ("Wells Fargo") (collectively the "Parties"), by and through their undersigned counsel, hereby submit this joint motion to arbitrate and stay the case, stating as follows:

1. Plaintiff commenced this action by filing a complaint against Wells Fargo on or about January 25, 2019. [See Doc. 1, Complaint.]

2. The Parties have agreed to arbitrate all of the claims against one another in this action before the American Arbitration Association ("AAA"), pursuant to the Parties' written arbitration agreement.

3. The Parties therefore respectfully request that this Court enter the Agreed Order attached hereto as Exhibit "A," which orders that all of the claims in this lawsuit be submitted to final, binding arbitration and stay the lawsuit pending arbitration.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that this Court enter the Agreed Order attached hereto as Exhibit "A."

Dated this 1st day of March, 2019.

By: */s/ Rebecca S. Saelao*
REBECCA S. SAELAO (FL Bar No. 1011101)

SEVERSON & WERSON
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

By: */s/ John C. Distasio*
JOHN C. DISTASIO (FL Bar No. 096328)

MORGAN & MORGAN, TAMPA, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 257-0571

Attorneys for Plaintiff
LACEDRIC REESE

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2019, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF system which will send a notice of electronic filing via the Court's ECF system to all CM/ECF participants.

By: */s/ Rebecca S. Saelao*
     Rebecca S. Saelao