**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 2:19-cv-14026-ROSENBERG/MAYNARD**

LACEDRIC REESE,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.
_________________________________/

**ORDER ON JOINT MOTION TO ARBITRATE**

This cause is before the Court upon the parties' Joint Motion to Arbitrate [DE 14]. The parties have agreed to arbitrate all claims against one another in this action before the American Arbitration Association and to stay this action pending arbitration. Having been informed that the parties are in agreement, it is hereby **ORDERED AND ADJUDGED**:

1. The parties' Joint Motion to Arbitrate [DE 14] is **GRANTED**. All claims in this action shall be submitted to final, binding arbitration before the American Arbitration Association.

2. This action is **STAYED** pending arbitration.

3. All pending deadlines are **TERMINATED** and all pending motions are **DENIED AS MOOT**.

4. The Clerk of Court is instructed to **CLOSE THIS CASE FOR STATISTICAL PURPOSES**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 1st day of March, 2019.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record