**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

LACEDRIC REESE,

    Plaintiff,

                                    CASE NO.:  2:19-CV-14026-RLR

-vs-

WELLS FARGO BANK, N.A.,

    Defendant.

                               /

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

    **COMES NOW** the Plaintiff, LACEDRIC REESE, and the Defendant, WELLS FARGO BANK, N.A., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs, and expenses.

    Respectfully submitted this 2nd day of July, 2019.

*/s/ John C. Distasio*
JOHN C. DISTASIO, ESQUIRE
Florida Bar No.: 096328
Morgan & Morgan, Tampa, P.A.
201 N. Franklin Street, Suite 700
Tampa, FL 33602
Telephone:  (813) 223-5505
Facsimile:   (813) 223-5402
jdistasio@ForThePeople.com
LCrouch@ForThePeople.com
CheyenneReed@ForThePeople.com
*Attorney for Plaintiff*

*/s/ Rebecca S. Saelao*
Rebecca S. Saelao, Esq.
FL Bar No. 1011101
Courtney Wenrick, Esq.
SEVERSON & WERSON
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
rss@severson.com
*Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 2, 2019, I filed the foregoing Joint Stipulation of Dismissal, according to the Court's guidelines, using the CM/ECF system, and a copy of which was served to all parties of record.


*/s/ John C. Distasio*
JOHN C. DISTASIO, ESQUIRE
Florida Bar No.: 096328